**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION**

| | |
|---|---|
| BAO GIANG THIEN,<br><br>                Petitioner,<br><br>    v.<br><br>WARDEN, DESERT VIEW ANNEX,<br>et. al.,<br><br>                Respondents. | Case No. EDCV 26-0494-MWF(AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND**<br><br>**RECOMMENDATIONS OF UNITED**<br><br>**STATES MAGISTRTE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered (1) GRANTING the Petition; (2) ORDERING Respondents to release Petitioner under the same conditions to which he was subject prior to his re-

detention; and (3) permanently enjoining and restraining Respondents from re-detaining Petitioner without notice and a pre-detention hearing.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondents.

DATED: March 30, 2026

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2