JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| BAO GIANG THIEN,<br><br>                    Petitioner,<br><br>        v.<br><br>WARDEN, DESERT VIEW ANNEX,<br>et. al.,<br><br>                    Respondents. | Case No. EDCV 26-0494-MWF(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: March 30, 2026

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE